UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CARLOS BRITO, Individually,

        Plaintiff,

vs.

                              Case No.:1:19-cv-01938-DDD-KMT

ASSET STRATEGY GROUP, LLC, a
Colorado Limited Liability Company,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Carlos Brito, Individually, by and through his undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1.       The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **6th** day of **April, 2020**, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF System, which will automatically send via Notice of Electronic Filing, Miles M. Dewhirst, mdewhirst@fewhirstdolven.com, Susan G. Pray, spray@dewhirstdolven.com, and Kathleen M. Kulasza, kkulasza@dewhirstdolven.com, Dewhirst & Dolven, LLC, 650 S. Cherry Street, Suite 600, Denver, CO 80246.

Respectfully Submitted,

**/s/John P. Fuller**
John P. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
and
Kara W. Edmunds, Esq.
CO. Atty. Reg. No. 47035
Edmunds Law Firm, PLLC
2280 Forest Avenue
Boulder, CO  80304
Telephone: (303) 953-0863
kara@kwelaw.com
*Attorneys for Plaintiff*